UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JONES,                                     Case No. 10-12114

       Plaintiff,                           SENIOR U.S. DISTRICT JUDGE
    v.                                         ARTHUR J. TARNOW

PATRICIA BARNHART, et al.,                      U.S. MAGISTRATE JUDGE
                                                PAUL J. KOMIVES

       Defendants.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [68] AND DENYING DEFENDANT BARNHART'S MOTION FOR SUMMARY JUDGMENT [63]

On February 27, 2014, Magistrate Judge Komives issued a Report and Recommendation [68] that Defendant Barnhart's Motion for Summary Judgment [63] be DENIED.

No objection to the Report and Recommendation was filed.  The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered  as the findings and conclusions of the Court.

 Accordingly,

**IT IS ORDERED** that  Defendant Barnhart's Motion for Summary Judgment [63] is **DENIED**.

**IT IS FURTHER ORDERED** that the Michigan Department of Corrections is directed to provide to the United States Marshal whatever information is necessary for the Marshals to effect service on Defendant Paula Mass who has yet to appear in this matter.

**SO ORDERED**.

                            s/Arthur J. Tarnow
                            ARTHUR J. TARNOW
                            SENIOR U.S. DISTRICT JUDGE

Dated: September 15, 2014