UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JONES,                                          Case No. 10-12114

                    Plaintiff,                       SENIOR U.S. DISTRICT JUDGE
                                                     ARTHUR J. TARNOW
          v.
                                                     U.S. MAGISTRATE JUDGE
PATRICIA BARNHART, et al.,                           ANTHONY P. PATTI

                    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION [95] AND DENYING WITHOUT PREJUDICE DEFENDANT BARNHART'S SECOND MOTION FOR SUMMARY JUDGMENT [70]

On March 3, 2015, the Magistrate Judge issued a Report and Recommendation ("R&R") [95] recommending that the Court deny without prejudice Defendant Barnhart's Second Motion for Summary Judgment [70]. No objection to the R&R was filed. The Court has reviewed the record in this case. The Court **HEREBY ADOPTS** the R&R [95] enters it as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant Barnhart's Second Motion for Summary Judgment [70] is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

                                        s/Arthur J. Tarnow
                                        ARTHUR J. TARNOW
                                        SENIOR U.S. DISTRICT JUDGE

Dated: March 26, 2015