UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JONES,

        Plaintiff,

v.

PATRICIA BARNHARDT,
*et al.*,

        Defendants.
_____/

Case No. 2:10-cv-12114
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER EXTENDING PLAINTIFF'S DEADLINE TO REPSOND TO DEFENDANT MASS'S MOTION FOR SUMMARY JUDGMENT (DE 109)

On October 15, 2015, I entered an order conditionally granting Plaintiff's motion for appointment of an attorney. (DEs 103, 107.) At this time, the Court's pro bono administrator is attempting to recruit counsel to take Plaintiff's case.

Meanwhile, on February 16, 2016, Defendant Mass filed a motion for summary judgment. (DEs 109, 111.) Pursuant to the Court's February 18, 2016 order, Plaintiff's response is due on or before April 4, 2016. (DE 113.)

On March 3, 2016, Plaintiff filed a letter, in which he explains: "[w]ithout the legal assistance of a legal writer anymore and plaintiff unable to use his hands due to his spinal cord injury, it is physically impossible for plaintiff to file documentations or respond to motions that will be filed within the court." (DE 114.) Due to the ongoing search for pro bono counsel, Plaintiff's representation

that he is without the assistance of a legal writer, and Plaintiff's "significant disability," DE 114 at 2, Plaintiff's response deadline is **EXTENDED** to May 4, 2016.

**IT IS SO ORDERED.**

Dated: March 14, 2016

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2