

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAY 0 3 2016

CLERK'S OFFICE
U.S. DISTRICT COURT

JOHN JONES,

        Plaintiff,

v.

PATRICIA BARNHARDT,
*et al.*,

        Defendants.

_____/

Case No. 2:10-cv-12114
District Judge Arthur J. Tarnow
Magistrate Judge Anthony P. Patti

## ORDER EXTENDING PLAINTIFF'S DEADLINE TO REPSOND TO DEFENDANT MASS'S MOTION FOR SUMMARY JUDGMENT (DE 109)

Currently the deadline for Plaintiff to respond to Defendant Mass's February 16, 2016 motion for summary judgment is set for May 4, 2016. (DEs 109, 115.) The Court is in receipt of Plaintiff's letter, dated April 25, 2016, by which he seeks the status of the Court's efforts to recruit counsel in accordance with its October 15, 2015 order (DEs 107) and expresses concern about the impending response deadline.

Due to the ongoing search for pro bono counsel, Plaintiff's response deadline is **EXTENDED** to Monday, June 6, 2016.

    **IT IS SO ORDERED.**

Dated: May 3, 2016

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE