UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN JONES,

        Plaintiff,

Case No. 10-12114

v.

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

PATRICIA BARNHART, ET. AL.,

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

        Defendant.

                                     /

**ORDER ADOPTING REPORT AND RECOMMENDATION [154]; DENYING AS MOOT MOTION FOR SUMMARY JUDGMENT [135]**

On February 23, 2017, Magistrate Judge Anthony P. Patti issued a Report and Recommendation [154] on Defendant Paula Mass's Motion for Summary Judgment [135], recommending that the Court deny the Motion for Summary Judgment as moot because Paula Mass is no longer a Defendant in this action per stipulated order entered February 22, 2017 [153]. Neither party has filed any objection to the Report and Recommendation.

The Court has reviewed the Motion for Summary Judgment, the Report and Recommendation and the Stipulated Order [135; 153; 154]. The Report and

Recommendation is hereby **ADOPTED** and entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [135] is **DENIED as moot**.

**SO ORDERED**.

                                                s/Arthur J. Tarnow
                                                Arthur J. Tarnow
Dated: April 12, 2017                 Senior United States District Judge